13649. ROBERTS *v.* THE STATE.

BROYLES, C. J. The evidence relied upon by the State to convict the defendant was entirely circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of his guilt. The court, therefore, erred in overruling the motion for a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 11, 1922.

Indictment for larceny of cattle; from Camden superior court — Judge Highsmith. May 4, 1922.

*Emmett McElreath, S. C. Townsend,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general, Cowart & Vocelle,* contra.